[No. 12623-4-III. Division Three. January 18, 1994.]

CLIFFORD FRANK, *Appellant*, v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens
County, No. 92-2-00053-7, Larry M. Kristianson, J., entered

July 13, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.